**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    INFORMATION
                                :
              - v. -            :    08 Cr.
                                :
FREDDY GONZALEZ,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x



08 CRIM 666

COUNT ONE

The United States Attorney charges:

1.   In or about September 2006, FREDDY GONZALEZ, the defendant, together with others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the laws of the United States.

2.   It was a part and an object of said conspiracy that FREDDY GONZALEZ, the defendant, and others known and unknown, would and did transport, transmit, and transfer in interstate and foreign commerce goods, wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, in violation of 18 U.S.C. § 2314.

OVERT ACT

3.   In furtherance of the conspiracy and to effect its illegal object, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a.   On or about September 13, 2006, the defendant, FREDDY GONZALEZ, made a phone call to a co-conspirator not named

herein.

(Title 18, United States Code, Section 371.)

COUNT TWO

The United States Attorney further charges:

4. From in or about 2000 through in or about 2006, in the Southern District of New York and elsewhere, FREDDY GONZALEZ, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did possess fifteen and more access devices which were counterfeit and unauthorized access devices, to wit, GONZALEZ used approximately 600 credit cards containing credit information that belonged to other parties.

(Title 18, United States Code, Section 1029(a)(3) and 2.)

COUNT THREE

The United States Attorney further charges:

5. In or about 2006, in the Southern District of New York and elsewhere, FREDDY GONZALEZ, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, produced, trafficked in, had control and custody of, and possessed device-making equipment, to wit, GONZALEZ possessed equipment that allowed him to obtain personal information from the credit cards of others, and to encode that personal information onto other credit cards.

(Title 18, United States Code, Section 1029(a)(4) and 2.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FREDDY GONZALEZ,

Defendant.

INFORMATION

08 Cr. _____ (CM)

(Title 18, United States Code,
Sections 371, 1029(a)(3), & 1029(a)(4))

MICHAEL J. GARCIA
United States Attorney.