**Judge McMahon**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CRIM 666**

------------------------------X

UNITED STATES OF AMERICA        :

        v.                           :

FREDDY GONZALEZ,                :       08 Cr. ____ (CM)

        Defendant.            :

------------------------------X

    The above-named defendant, who is accused of violating Title 18, Sections 371 and 1029, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_Freddy Gonzalez_
Defendant

_R. Chambers_
Witness

_____
Counsel for Defendant

Date:  New York, New York
      May 28, 2008

0202